UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER SERRANO-SERRANO,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PSP TRP. WOLFE, et al.,<br>　　　　　　Defendants. | CIVIL ACTION NO. 3:11-CV-2257<br><br>(Judge Kosik) |

## ORDER

AND NOW, THIS 13th DAY OF JUNE, 2012, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge J. Andrew Smyser dated May 15, 2012 (Doc. 48) is **ADOPTED** in that no objections have been filed;

(2) The motion to dismiss the complaint of defendant Rollings-Mazza (Doc. 27) is **GRANTED** in that it is unopposed by plaintiff (See Doc. 47);

(3) Defendant Rollings-Mazza is **DISMISSED** from this action; and

(4) The above-captioned action is **REMANDED** to the Magistrate Judge for further proceedings.

　　　　　　　　　　　　　　　　　　_/s/ Edwin M. Kosik_
　　　　　　　　　　　　　　　　　　Edwin M. Kosik
　　　　　　　　　　　　　　　　　　United States District Judge

**FILED**
**SCRANTON**

JUN 1 3 2012

PER _____
　　DEPUTY CLERK